UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD S. WALSH, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>ROY MUELLER, et al., )<br>)<br>Respondent. ) | Case No. 4:07CV391 JCH |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is **DENIED**, and his claim is **DISMISSED** with prejudice.

Dated this 7th day of August, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE